UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANKLIN LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:13-cv-01162-JMS-DML |
| ) | |
| CAPT. DOGGENDORF, ) | |
| ) | |
| Defendant. ) | |

**Entry Concerning Selected Matters**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's requests to proceed *in forma pauperis* [dkt. #'s 2 and 5] is denied because he was and remains ineligible to proceed *in forma pauperis* in this case, despite his indigence, because of the barrier to proceeding in that status created by 28 U.S.C. § 1915(g).

2. To elaborate on the foregoing ruling, it is noted that the plaintiff is a prisoner and that while a prisoner has filed at least three suits or appeals which have been dismissed as frivolous, malicious, or for failure to state a claim. He was obligated to inform the court of this fact, *see Ammons v. Gerlinger*, 547 F.3d 724, 725 (7th Cir. 2008), and failed to do so, but in any event is rendered ineligible by 28 U.S.C. § 1915(g) to proceed in *forma pauperis*. It can be added that the narrow exception to the barrier created by § 1915(g)–where a prisoner alleges that he "is under imminent danger of serious physical injury"–does not apply to the claims or allegations in the complaint.

3. In *Evans v. Illinois Department of Corrections*, 150 F.3d 810 (7th Cir. 1998), it was noted that a prisoner-litigant in these circumstances is entitled to know the cases the court relies on when making the three-strikes determination. For Lane's reference, the cases on which the court relies in finding three or more "strikes" consist of the following:

> *Lane v. Rodden, et al.*, 4:09-cv-61-SEB-WGH (S.D.Ind. May 15, 2009)(dismissing action pursuant to 28 U.S.C. § 1915A(b)).
> *Lane v. Jeffersonville Evening News*, 4:09-cv-62-DFH-WGH (S.D.Ind. June 19, 2009)(dismissing action pursuant to 28 U.S.C. § 1915A(b)).
> *Lane v. Rodden, et al.*, 4:09-cv-63-DFH-WGH (S.D.Ind. June 22, 2009)(dismissing action pursuant to § 1915A(b)).
> *Lane v. Rodden, et al.*, 4:09-cv-67-SEB-WGH (S.D. Ind. June 1, 2009) (dismissing action pursuant to 28 U.S.C. § 1915A(b)).

4. The plaintiff shall have through September 11, 2013, in which to pay the filing fee of $350.00 and the administrative fee of $50.00.

IT IS SO ORDERED.

Date: 09/03/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Franklin Lane
501 East Court Avenue
Jeffersonville, IN 47130